UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA YAMAN, on behalf of herself and minors KY and EY<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>HILLARY R. CLINTON, in her capacity as Secretary of the Department of State, and her successors,<br><br>BRENDA S. SPRAGUE, in her capacity as Deputy Assistant Secretary for Passport Services, and her successors<br><br>*Defendants.* | Civil Action No. _____ |

## MOTION FOR LEAVE TO FILE ATTACHMENTS UNDER SEAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Pursuant to Local Rule 5.1(j) Petitioner Linda Yaman ("Ms. Yaman"), by her undersigned attorneys, hereby respectfully moves the Court for leave to file under seal the attached Exhibits 1 and 2 to the Declaration of Beth I. Z. Boland, Esq., filed concurrently herewith. In support of this Motion, Ms. Yaman states as follows:

1. This is an action involving Linda Yaman ("Ms. Yaman"), a dual American and Turkish citizen, and her efforts to secure United States passports for her two young daughters (both also dual American and Turkish citizens), so that they can return to the United States. Ms. Yaman and her daughters have been living in an undisclosed European location for

A/73334601.1

approximately the past two-and-a-half years, due to the documented and disturbing sexual abuse inflicted upon at least one of her daughters by Ms. Yaman's former husband (the children's father).

2. After initially denying Ms. Yaman's request for United States passports, and following a hearing on Ms. Yaman's administrative appeal of that denial, on March 15, 2010, the United States Department of State (the "State Department") entered its final administrative decision on the matter, authorizing limited passports for Ms. Yaman's daughters that allow travel to the United States only and that expire five days from their issuance.

3. The State Department, however, refuses to provide to Ms. Yaman the Findings of Fact and Recommendation upon which the final administrative decision was based, although those document are integral parts of the administrative record and are crucial to Ms. Yaman's determination of whether to appeal the State Department's decision and her ability to effectuate her rights in a future custody or other legal proceeding.

4. As such, Ms. Yaman seeks preliminary and permanent emergency injunctive relief to require that the State Department release to her the Hearing Officer's Findings of Fact and Recommendation.

5. Exhibits 1 and 2 of the attached Affidavit of Beth I.Z. Boland, Esq. contain information that is highly sensitive and relating to the sexual abuse of a minor, the public dissemination of which would be detrimental to Ms. Yaman, her minor daughters, and other involved persons.

WHEREFORE, Petitioner respectfully asks that the Court grant leave to file Exhibits 1 and 2 of the attached Affidavit of Beth I. Z. Boland, Esq. under seal.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

By: _____
Susan Baker Manning, Esq.
Bar No. 499635
2020 K Street NW
Washington, DC  20006-1806
202-373-6000 (telephone)
202-373-6001 (facsimile)
susan.manning@bingham.com

Beth I. Z. Boland, Esq.
Timothy H. Madden, Esq.
David W. Penn, Esq.
Lisa E. Kirby, Esq.
One Federal Street
Boston, MA  02110-1726
617-951-8000 (telephone)
617-951-8736 (facsimile)
beth.boland@bingham.com
timothy.madden@bingham.com
david.penn@bingham.com
lisa.kirby@bingham.com

Attorneys for Linda Yaman

Dated: March 31, 2010

## CERTIFICATE OF SERVICE

  I, Randall M. Levine, hereby certify that on April 1, 2010, I caused a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE ATTACHMENTS UNDER SEAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF, to be served by hand delivery, upon:

Executive Office
Office of the Legal Adviser, room 5519
United States Department of State
2201 C Street, NW.
Washington, DC 20520

And by registered mail upon:

The Honorable Eric H. Holder, Jr.
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW,
Washington DC 20530

Ronald C. Machen, Jr.
United States Attorney for the District of Columbia
555 4th St. NW
Washington DC 20530

_____
Randall M. Levine